AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| J. Denison, Pro se, Individually and as Administratrix of the Estate of Dennis Ronald Marx <br><br> *Plaintiff(s)* <br> v. <br> Duane Piper, Forsyth County Sheriff's Office, Daniel Rush, Robert Heagerty, Thomas Little, M. Scott Boggus, M. E. Christian, Scott Wilson, J. Neeley, Sam Boone, Gregg Boyer, James Hardy, Et al. <br> *Defendant(s)* | Civil Action No. ~~3:16-CV-~~ <br><br> **2:16-CV-0051** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Rush 6250 Namon Wallace Road Cumming GA 30028
M. David Van Sant, Esq. 123 Tribble Gap Road Cumming GA 30040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Denison Pro se P.O. Box 15101 Panama City FL 32406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
CLERK OF COURT

Date: MAR 10 2016

*Signature of Clerk or Deputy Clerk*